UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICADO TALAVERA,<br><br>                     Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Center,<br><br>                     Respondent. | Case No.: 26-cv-2744-BJC-GC<br><br>**ORDER GRANTING WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On April 30, 2026, Picado Talavera ("Petitioner"), appearing *pro se*, filed a petition for a writ of habeas corpus.  ECF No. 1.  On May 8, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 2.  On May 15, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief."  ECF No. 5 at 3.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall **<u>immediately release</u>** Petitioner under the previous conditions when he was released on parole in 2022. ECF No. 1 at 5.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: May 29, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-2744-BJC-GC